IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA KIEFER,

Plaintiff,

v.

MAINSTREAM HOLDINGS, INC.,
PREMIER OUTDOOR EQUIPMENT,
*doing business a*s Big Game Treestands,
GLOBAL MANUFACTURING, LLC
CABELA'S RETAIL IL, INC., and
CABELA'S WHOLESALE, INC.,

Defendants.

Case No. 17-cv-1196 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 27, 2018**      **JUSTINE FLANAGAN, Acting Clerk of Court**

                                          **s/Tina Gray**
                                          **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**